## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Caldean M. Chuway and Cary R. Thompson, individually and on behalf of all others similarly situated, )

Plaintiffs, )

v. )

National Action Financial Services, Inc., ) a Georgia corporation, )

Defendant. )

**02C 1247**

No.

JUDGE JOAN H. LEFKOW

Judge

Magistrate Judge

Jury Demanded

MAGISTRATE JUDGE DENLOW

DOCKETED

FEB 2 2 2002

FILED 2-05

02 FEB 21 AM 8:41

CLERK
U.S. DISTRICT COURT

### CLASS ACTION COMPLAINT

Plaintiffs, Caldean M. Chuway and Cary R. Thompson, individually and on behalf of all others similarly situated, bring this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a declaration that the form of Defendant's debt collection letters violates the FDCPA, and to recover damages by reason of Defendant's violations of the FDCPA, and allege:

### JURISDICTION AND VENUE

1. The jurisdiction of the Court is invoked as authorized by § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2. Venue is proper in this District because the acts and transactions occurred here, Plaintiffs reside in this District, and Defendant transacts business here.

3. Plaintiff, Caldean M. Chuway, is a citizen of the State of Illinois residing in the Northern District of Illinois from whom Defendant attempted to collect a consumer debt allegedly owed to Capital One.

1

4.      Plaintiff, Cary R. Thompson, is a citizen of the State of Illinois residing in the Northern District of Illinois from whom Defendant attempted to collect a consumer debt allegedly owed to Capital One.

5.      Defendant, National Action Financial Services, Inc. ("NAFS"), is a Georgia corporation, which acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails to collect, or attempt to collect, consumer debts in the Northern District of Illinois.

## FACTUAL ALLEGATIONS

6.      Defendant sent Plaintiff Chuway an initial form collection letter, dated November 12, 2001, demanding payment for a consumer debt that she allegedly owed to Capital One.  Moreover, Defendant sent Plaintiff Thompson a nearly identical letter, dated January 15, 2002, demanding payment for a consumer debt that he allegedly owed to Capital One.  These letters stated, in pertinent part:

* * *

```
CREDITOR:   CAPITAL ONE SERVICES, INC.
REFERENCE:  xxxxxxxxxxxxxxx
BALANCE:    $yyy.yy
```

* * *

CAPITAL ONE SERVICES, INC. HAS ASSIGNED YOUR DELINQUENT ACCOUNT TO OUR AGENCY FOR COLLECTION.

PLEASE REMIT THE BALANCE LISTED ABOVE IN THE RETURN ENVELOPE PROVIDED.

TO OBTAIN YOUR MOST CURRENT BALANCE INFORMATION, PLEASE CALL 1-800-916-9006.  OUR FRIENDLY AND EXPERIENCED REPRESENATATIVES WILL BE GLAD TO ASSIT YOU AND ANSWER ANY QUESTIONS YOU MAY HAVE.

* * *

These letters were sent within one year of this Complaint and attached as Exhibits <u>A</u> and <u>B</u>.

2

7.    The statements in Defendant's form collection letters are to be interpreted under the "unsophisticated consumer" standard.  (See, Bartlett v. Heibl, 128 F.3d 497, 500 (7th Cir. 1997); Chauncey v. JDR, 118 F.3d 516, 519 (7th Cir. 1997); Avila v. Rubin, 84 F.3d 222, 226 (7th Cir. 1996)).

8.    Section 1692g(a)(1) of the FDCPA requires that a debt collector provide the consumer with a statement of the amount of the debt.  NAFS's letter fails this requirement because a consumer has no idea what amount NAFS is trying to collect -- the "BALANCE", or the "CURRENT BALANCE" that can only be determined by calling Defendant's 1-800 number.  Defendant's form debt collection letter thus violates § 1692g(a)(1) of the FDCPA, by not adequately informing consumers of the amount of the debt that Defendant is attempting to collect.  (See, Miller v. McCalla, Raymer, Padrick, Cobb, Nichols, and Clark, L.L.C. 214 F.3d 872 (7th Cir. 2000); Miller v. McCalla, Raymer, Padrick, Cobb, Nichols, and Clark, L.L.C., 198 F.R.D. 503 (N.D.Ill. 2001); Wilkerson v. Bowman, 200 F.R.D. 605 (N.D.Ill. 2001)).

9.    Defendant's violations of §1692g(a)(1) of the FDCPA render it liable for statutory damages, costs, and reasonable attorneys' fees.  (See, 15 U.S.C. § 1692k).

## CLASS ALLEGATIONS

10.    Plaintiffs Chuway and Thompson bring this action individually and as a class action on behalf of all similarly situated Illinois residents from whom Defendant attempted to collect a consumer debt, allegedly owed to Capital One, from one year before the date of this Complaint to the present, via the same form collection letters it sent Plaintiffs, which are attached as Exhibits A and B.  This action seeks a declaration that the form of Defendant's collection letters violates the FDCPA, and asks that the

3

Court award damages as authorized by § 1692k(a)(2) of the FDCPA.

11.    Defendant regularly engages in debt collection using the same form letter received by Plaintiffs in its attempts to collect from other persons.

12.    The Class consists of more than 50 persons from whom Defendant attempted to collect consumer debts by sending other consumers the same form letter it sent Plaintiffs.

13.    Plaintiffs' claims are typical of the claims of the Class.  Common questions of law or fact raised by this class action complaint affect all members of the Class and predominate over any individual issues.  Common relief is therefore sought on behalf of all members of the Class.  This class action is superior to other available methods for the fair and efficient adjudication of this controversy.

14.    The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications with respect to the individual members of the Class, and a risk that any adjudications with respect to individual members of the Class would, as a practical matter, either be dispositive of the interests of other members of the Class not party to the adjudication, or substantially impair or impede their ability to protect their interests.  Defendant has acted in a manner applicable to the Class as a whole such that declaratory relief is warranted.

15.    Plaintiffs will fairly and adequately protect and represent the interests of the Class.  The management of the class action proposed is not extraordinarily difficult, and the factual and legal issues raised by this class action complaint will not require extended contact with the members of the Class because Defendant's conduct was perpetrated on all members of the Class and will be established by common proof.

4

Moreover, Plaintiffs have retained counsel experienced in class action litigation, including class actions brought under the FDCPA.

## PRAYER FOR RELIEF

Caldean M. Chuway and Cary R. Thompson pray that this Court:

1.      Certify this action as a class action;

2.      Appoint Caldean M. Chuway and Cary R. Thompson as representatives of the class, and their attorneys as class counsel;

3.      Declare that the form of Defendant's collection letters violates the FDCPA;

4.      Enter judgment in favor of Plaintiffs and the Class, and against Defendant, for statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA; and,

5.      Grant such further relief as deemed just.

## JURY DEMAND

Caldean M. Chuway and Cary R. Thompson demand trial by jury.

> Caldean M. Chuway and Cary R.
> Thompson, individually and on behalf
> of all others similarly situated,
>
> _____
> One of Plaintiffs' Attorneys

Dated:  February 21, 2002

David J. Philipps
Mary E. Philipps
Gomolinski & Philipps, Ltd.
8855 S. Roberts Road
Hickory Hills, Illinois 60457
(708) 974-2900
(708) 974-2907 (FAX)

5

NATIONAL ACTION FINANCIAL SERVICES
P.O. BOX 920789
NORCROSS, GA 30010

FORWARDING SERVICE REQUESTED



11/12/2001

CALDEAN M CHUWAY                    A560
1905 STONEBRIDGE DR UNIT 6          CX16
NEW LENOX IL 60451-2384             CA1

# NAFS
### National Action Financial Services, Inc.
1-770-248-9909   1-800-916-9006
Fax 770-447-0021

CREDITOR:  CAPITAL ONE SERVICES, INC.
REFERENCE: 5291151817882929
BALANCE:   $367.42

CAPITAL ONE
ATTN: PAYMENT REMITTANCE
P.O. BOX 85147
RICHMOND, VA 23276-0001

*IMPORTANT: To receive proper credit, be sure to enclose this portion with your payment in full.*

DEAR CALDEAN M CHUWAY:

CAPITAL ONE SERVICES, INC. HAS ASSIGNED YOUR DELIQUENT ACCOUNT TO OUR AGENCY FOR COLLECTION.

PLEASE REMIT THE BALANCE LISTED ABOVE IN THE RETURN ENVELOPE PROVIDED.

TO OBTAIN YOUR MOST CURRENT BALANCE INFORMATION, PLEASE CALL 1-800-916-9006. OUR FRIENDLY AND EXPERIENCED REPRESENTATIVES WILL BE GLAD TO ASSIST YOU AND ANSWER ANY QUESTIONS YOU MAY HAVE.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, OUR OFFICE WILL ASSUME THIS DEBT IS VALID.  IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. UPON YOUR WRITTEN REQUEST WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

EXHIBIT
4

000 00 9 4121741741830892 00 99880020000064001

CREDITOR: CAPITAL ONE SERVICES, INC.
REFERENCE: 4121741741830892
BALANCE: $499.88

TOTAL ENCLOSED: $ [        ]

CAPITAL ONE
ATTN: PAYMENT REMITTANCE
P.O. BOX 85147
RICHMOND, VA 23276-0001

*Please print address changes below using blue or black ink*

Street _____ Apt. _____
City _____ State ___ Zip ___
Home Phone _____ Alternate Phone _____

01/15/2002

CARY R THOMPSON          A244
2223 COTTONWOOD DR APT B  FS34
JOLIET IL 60432-2292      CA1

*Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.*

DEAR CARY R THOMPSON:

CAPITAL ONE SERVICES, INC. HAS ASSIGNED YOUR DELIQUENT ACCOUNT TO OUR AGENCY FOR COLLECTION.

PLEASE REMIT THE BALANCE LISTED ABOVE IN THE RETURN ENVELOPE PROVIDED.

TO OBTAIN YOUR MOST CURRENT BALANCE INFORMATION, PLEASE CALL 1-800-916-9006. OUR FRIENDLY AND EXPERIENCED REPRESENTATIVES WILL BE GLAD TO ASSIST YOU AND ANSWER ANY QUESTIONS YOU MAY HAVE.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, OUR OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. UPON YOUR WRITTEN REQUEST WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.



# NAFS
### National Action Financial Services, Inc.
1-770-248-9909  1-800-916-9006
Fax 770-447-0021

EXHIBIT B

JS 44
(Rev. 07/89)

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
Caldean M. Chuway and Cary R. Thompson, individually and on behalf of all others similarly situated,

JUDGE JOAN H. LEFKOW

**DEFENDANTS**
National Action Financial Services, Inc. a Georgia corporation,

DOCKETED
FEB 2 2 2002

MAGISTRATE JUDGE DENLOW

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Will
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gomolinski & Philipps, Ltd.
8855 South Roberts Road
Hickory Hills, Illinois 6045?
(708) 974-2900

ATTORNEYS (IF KNOWN)

**02C 1247**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Fair Debt Collection Practices Act; 15 U.S.C. Section 1692  *et seq.*

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Other Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☒ UNDER F.R.C.P. 23
Declaratory relief, statutory damages, costs, attorneys' fees

DEMAND $ _____
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. REMARKS** In response to General Rule 2.21D(2) this case
☒ is not a refiling of a previously dismissed action
☐ is a refiling of case number _____ of Judge _____

DATE  2/21/02

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of Caldean M. Chuway and Cary A. Thompson, individually and on behalf of all others similarly situated, v. National Action Financial Services, Inc., a Georgia corporation.

JUDGE JOAN H. LEFKOW
MAGISTRATE JUDGE DENLOW

Case Number:

# 02C 1247

DOCKETED
FEB 2 2 2002

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiffs Caldean M. Chuway and Cary R. Thompson, individually and on behalf of all others similarly situated.

| (A) | | | (B) | | |
|---|---|---|---|---|---|
| SIGNATURE | | | SIGNATURE | | |
| NAME David J. Philipps | | | NAME Mary E. Philipps | | |
| FIRM Gomolinski & Philipps, Ltd. | | | FIRM Gomolinski & Philipps, Ltd. | | |
| STREET ADDRESS 8855 S. Roberts Road | | | STREET ADDRESS 8855 S. Roberts Road | | |
| CITY/STATE/ZIP Hickory Hills, Illinois 60457 | | | CITY/STATE/ZIP Hickory Hills, Illinois 60457 | | |
| TELEPHONE NUMBER 708-974-2900 | | | TELEPHONE NUMBER 708-974-2900 | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) Ill. Bar No. 06196285 | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) Ill. Bar No. 06197113 | | |
| MEMBER OF TRIAL BAR? | YES ☒ | NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ | NO ☒ |
| TRIAL ATTORNEY? | YES ☒ | NO ☐ | TRIAL ATTORNEY? | YES ☒ | NO ☐ |
| | | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☒ |
| (C) | | | (D) | | |
| SIGNATURE | | | SIGNATURE | | |
| NAME | | | NAME | | |
| FIRM | | | FIRM | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY/STATE/ZIP | | | CITY/STATE/ZIP | | |
| TELEPHONE NUMBER | | | TELEPHONE NUMBER | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ | TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |